UNITED STATES  DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA

LEROY PINESTRAW JOHNSON                              CIVIL ACTION

VERSUS                                               NO. 12-2587

BURL CAIN, WARDEN                                    SECTION "F"(5)

                              **O R D E R**

   The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

   **IT IS ORDERED** that the petition of Leroy Pinestraw Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

   New Orleans, Louisiana, this 10th day of March, 2014.

                                    _____
                                       UNITED STATES DISTRICT JUDGE